# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) INJUNCTIVE RELIEF SOUGHT |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO.: 3:24-cv-3342 |
| EHRHARDT HOSPITALITY LLC, | ) |
| d/b/a RESIDENCE INN SPRINGFIELD, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN ("Plaintiff") hereby gives notice that EHRHARDT HOSPITALITY LLC d/b/a RESIDENCE INN SPRINGFIELD ("Defendant") (collectively, "Parties") and Plaintiff have settled the claims in this case and are in the process of exchanging the final agreement for execution. The Parties anticipate filing a Stipulation of Voluntary Dismissal with prejudice within Twenty-one (21) days as soon as the formal settlement agreement is completed and executed by all parties. The Plaintiff respectfully requests that the Court enter an order striking all upcoming deadlines and allow the Parties until March 5, 2025, to file the Stipulation of Voluntary Dismissal.

Dated: February 12, 2025                HOWARD COHAN

By: */s/ Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
Attorney for Plaintiff
1338 S. Federal St., #L
Chicago, IL  60605
Telephone:  312-854-3833
marshall@mjburtlaw.com
IARDC #6198381

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2025, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record.

/s/ Marshall J. Burt
Marshall J. Burt