# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD COHAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CASE NO.: 3:24-cv-3342 |
| EHRHARDT HOSPITALITY LLC, d/b/a RESIDENCE INN SPRINGFIELD, | ) ) ) |
| Defendant. | ) |

## STIPULATION TO VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant EHRHARDT HOSPITALITY LLC, d/b/a RESIDENCE INN SPRINGFIELD, through their respective attorneys of record, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN

By: /s/ *Marshall J. Burt*
Marshall J. Burt
The Burt Law Group, Ltd.
1338 S. Federal St. #L
Chicago, IL 60602
312-854-3833
Marshall@mjburtlaw.com

EHRHARDT HOSPITALITY LLC

By: */s/ Steven J. Molitor, Jr*
Ryan T. Benson (ARDC No. 6312338)
Steven J. Molitor, Jr. (ARDC No. 6317574)
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
312-422-6100
RBenson@ohaganmeyer.com
smolitor@ohaganmeyer.com